JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEXTER BROOKS, )<br>Petitioner, )<br>v. )<br>C. WOFFORD, Warden, )<br>Respondent. )<br>_____ ) | Case No. SACV 13-588-DOC (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 16, 2014

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE